FILED
FEB 0 5 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO.: |
| Plaintiff, | § § | **INDICTMENT** |
| VS. | § § | Ct 1: 18 U.S.C. §922(o) Illegal Possession of a Machine Gun |
| JOSE MIGUEL SANDOVAL-PINEDA, | § § | Ct 2: 18 U.S.C. §922(g)(5) Illegal Alien in Possession of a Firearm |
| Defendant. | § | |

SA20CR0058JKP

THE GRAND JURY CHARGES:

### COUNT ONE
### [18 U.S.C. § 922(o)]

On or about August 24, 2019, in the Western District of Texas, Defendant,

**JOSE MIGUEL SANDOVAL-PINEDA,**

knowingly possessed a machinegun, that is, a Glock, model 19 Gen4, .9mm caliber pistol, serial number ACLF784, equipped with a conversion device that made it capable of firing automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) & 924(a)(2).

### COUNT TWO
### [18 U.S.C. § 922(g)(5)]

On or about August 24, 2019, in the Western District of Texas, Defendant,

**JOSE MIGUEL SANDOVAL-PINEDA,**

knowing he was an alien illegally and unlawfully in the United States, knowingly possessed a firearm, to wit: a Glock, model 19 Gen4, .9mm caliber pistol, serial number ACLF784, and said firearm had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(5) & 924(a)(2).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### I.
### Firearms Violations and Forfeiture Statutes
[Title 18 USC §§ 922(o) and (g)(5) subjects to forfeiture pursuant to
Title 18 USC §924(d)(1), made applicable to criminal forfeiture by Title 28 USC § 2461]

As a result of the foregoing criminal violation set forth in Counts One and Two, the United States of America gives notice to the Defendant **JOSE MIGUEL SANDOVAL-PINEDA** of its intent to seek the forfeiture of the below described properties upon conviction pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461, which states:

**Title 18 USC § 924. Penalties**
(d)(1) Any firearm or ammunition involved in or used in any knowing violation of subsection ... (g)...(o) ... of section 922 ... shall be subject to seizure and forfeiture ... under the provisions of this chapter ....

This Notice of Demand for Forfeiture includes, but is not limited to, the following properties:

1. Glock, Model 19 Gen4, .9mm pistol, receiver SN: ZGP972, barrel and slide SN: ACLF784, with a Glock switch attached to slide
2. Any and all firearms, ammunition, and/or accessories involved in or used in the commission of the criminal offense.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
BRIAN NOWINSKI
Assistant United States Attorney